UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>TWO BUDS ENTERPRISE, INC. d/b/a TWO BUDS DISPENSARY,<br><br>                      Defendant. | 24-CV-7586 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Pursuant to the Court's October 8, 2024 Order, ECF No. 5, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than **January 8, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 13, 2025.**

       SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                                     ARUN SUBRAMANIAN
                                                                    United States District Judge