UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIMITIVO ROBLES

                Plaintiff(s),

                                                                                                                       24 Civ. 7586 (___)

               - against -

                                                                                           **CLERK'S CERTIFICATE**

TWO BUDS ENTERPRISE, INC. d/b/a TWO BUDS          **OF DEFAULT**

                Defendant(s),
------------------------------------------------------------X

        I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 7, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) TWO BUDS ENTERPRISE, INC d/b/a TWO BUDS I by personally serving Nancy Dougherty as Business Specialist, and proof of service was therefore filed on October 28, 2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

            _____, 20___                                      TAMMI M. HELLWIG
                                                                          Clerk of Court

                                                                        By: _____
                                                                            **Deputy Clerk**