UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIMITIVO ROBLES

              Plaintiff(s),

- against -

TWO BUDS ENTERPRISE, INC. d/b/a TWO BUI

              Defendant(s),
------------------------------------------------------------X

24 Civ. 7586 ( )

**CLERK'S CERTIFICATE
OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 7, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) TWO BUDS ENTERPRISE, INC d/b/a TWO BUDS I by personally serving Nancy Dougherty as Business Specialist, and proof of service was therefore filed on October 28, 2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      January 15, 2025

                               TAMMI M. HELLWIG
                                 Clerk of Court

                    By: _____
                               Deputy Clerk