**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| Queens Office | Manhattan Office | Newark Office |
| --- | --- | --- |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |

| Philadelphia Office | Boston Office | Orlando Office |
| --- | --- | --- |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani Esq.
arjeta@employeejustice.com

January 30, 2025

<u>VIA ECF</u>
The Honorable Arun Subramanian
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Primitivo Robles v. Two Buds Enterprise, Inc., d/b/a Two Buds Dispensary**
     **1:24-cv-07586(AS)**

Honorable Judge Subramanian,

We represent Plaintiff, Primitivo Robles in the above-referenced Americans with Disabilities Act (ADA) matter, currently pending in the Southern District of New York. Pursuant to this Court's Order dated January 17, 2025, Plaintiff was instructed to seek default against Defendant within two weeks. However, yesterday, January 29, 2025, we were contacted by the Defendant and have begun preliminary discussions about settlement and litigation in this matter. Defendant has not yet retained the services of counsel.

We respectfully request an adjournment of Plaintiff's time to move for default and Defendant's time to Answer for an additional 30 days to allow the parties to either continue settlement discussions or to afford Defendant time to retain counsel and interpose an answer.

Thank you for your time and consideration.

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

_[signature]_

Arun Subramanian, U.S.D.J.
Date: January 31, 2025

Sincerely,
**JON L. NORINSBERG, ESQ., PLLC**

_[signature]_

Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com