UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>TWO BUDS ENTERPRISE, INC. d/b/a TWO BUDS DISPENSARY,<br><br>       Defendant. | 24-CV-7586 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On January 15, 2025, plaintiff obtained a Clerk's Certificate of Default as to defendant. Dkt. 13. On January 17, 2025, the Court ordered plaintiff to file a motion for default judgment within two weeks of that order. Dkt. 14. On January 31, 2025, the Court granted plaintiff's request for a 30-day extension. Dkt. 17.

  Plaintiff has yet to file a motion. As a courtesy, the deadline to file the motion or otherwise advise the Court that this case has settled is hereby extended, *nunc pro tunc*, to March 12, 2025. If plaintiff doesn't file anything, this action may be dismissed for lack of prosecution.

  SO ORDERED.

Dated: March 5, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge