**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PRIMITIVO ROBLES, on behalf of himself    :    Case No.: 1:23-CV-07586-AS
and all others similarly situated,    :

   :

         Plaintiffs,    :

   :

      v.    :    NOTICE OF MOTION FOR

   :    DEFAULT JUDGMENT

TWO BUDS ENTERPRISE, INC., d/b/a    :
TWO BUDS DISPENSARY,    :

   :

   :

         Defendant.    :

------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, Primitivo Robles, hereby move, at a date and time to be set by the Court, before the Honorable Judge Arun Subramanian, at the Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 15A, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated: March 12, 2024
     New York, New York

                                     **JON L. NORINSBERG, ESQ., PLLC**

                             By:_____
                             Arjeta Albani, Esq.
                             110 East 50th Street, Suite 2300
                             New York, New York 10022
                             (212) 227-5700
                             Fax No. (212) 656-1889
                             Arjeta@employeejustice.com