UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>            -against-<br><br>TWO BUDS ENTERPRISE,<br><br>                       Defendant. | 24-cv-7586 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff Primitivo Robles has moved for default judgment in the case. Dkt. 19. On March 13, 2025, the Court scheduled a show cause hearing. Dkt. 24. That order required plaintiff to serve defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of the order at Dkt. 24; and (3) a copy of the proposed default judgment order within one business day of the filing of each document, and to file proof of such service on the docket. There is no indication on the docket that plaintiff served defendant with a copy of the scheduling order at Dkt. 24. Accordingly, tomorrow's hearing is adjourned to May 7, 2025, at 4:00 PM. The dial-in information remains the same. Plaintiff is hereby ordered to serve defendant via overnight courier with a copy of this order and the order at Dkt. 24 and file proof of service on the docket within two business days. If these things don't happen, the case will be dismissed for failure to prosecute.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                       United States District Judge