UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>TWO BUDS ENTERPRISE,<br><br>       Defendant. | 24-cv-7586 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff Primitivo Robles says that defendant Two Buds Enterprise, a cannabis dispensary, has violated the ADA by offering its products through a website that is not accessible to people with visual impairments. Two Buds hasn't answered the complaint, appeared in court, or responded to plaintiff in any way. Accordingly, Robles has moved for default judgment. Dkt. 19. **If the Court grants Robles's motion for default judgment, Two Buds may be found liable for compensatory and/or punitive damages. In addition, Robles has asked for injunctive relief—meaning that the Court could order Two Buds' website to be taken down until it is brought into compliance with the ADA.**

  To give Two Buds one final opportunity to participate in this suit (and to avoid the entry of such relief), the Court hereby adjourns the default judgment hearing to **Thursday, May 15, at 5:30 PM**. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 408 948 428, followed by the pound (#) key.

  Before the conference, plaintiff's counsel is hereby ordered to contact Two Buds by phone, email, and in person. Plaintiff's counsel should convey the relief that plaintiff seeks and explain that it will be put into place next week unless Two Buds appears at the hearing. Plaintiff's counsel should also personally deliver a physical copy of this order to someone at Two Buds with supervisory authority over the business. **Two Buds must attend next week's hearing with counsel or there may be a risk of an adverse effect to its business.**

  SO ORDERED.

Dated: May 8, 2025
    New York, New York

                            ARUN SUBRAMANIAN
                            United States District Judge